Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

FILED ___ LODGED ___
RECEIVED ___ COPY ___

MAY 2 8 2019

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

for the

District of ARIZONA

Phoenix Division

Cesar Geovany Valdes Flores;
Minerva Flores Sanchez;
Pedro Vargas Palacios;

_____

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Grand Canyon Education, INC.,
(aka Grand Canyon University (GCU); Brian Mueller,
GCU Board President/CEO; GCU Police & Safety
Department; Joe Yahner GCU Police Chief;  et al.
(See page 2 for all Defendants in this case)

_____

*Defendant(s)*
*(Write the full name of each defendant who is being sued.  If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.  Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.  **CV-19-03614-PHX-SPL--JFM**

*(to be filled in by the Clerk's Office)*

Jury Trial:  *(check one)*   ☒ Yes   ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non–Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number.  A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Page 1 of 53

**Cesar Geovany Valdes Flores**          **A204385853**

## LIST OF ALL DEFENDANTS

1. Grand Canyon Education, INC. (*aka* Grand Canyon University- GCU)

2. Brian Mueller, GCU Board President/CEO

3. GCU Police and Public Safety Department

4. Joe Yahner, GCU Director of Public Safety – Police Chief

5. Dan Steimel – GCU Assistant General Counsel

6. Ben Meyer – GCU Legal Assistant – Office of General Counsel

7. Kathleen Hall – Paralegal – GCU Office of General Counsel

8. Kimberley Hutchison - #23925 – GCU Police Dept Records & Property Coordinator

9. Aaron Martinez – GCU Campus Security Officer (CSO) – Employee ID# 027225

10. GCU Officer K. Timothy – Non AZ POST Peace Officer as of 10/5/2017

11. Teresa Kuleff – GCU Peace Officer – AZ POST #11410- Appointed 03-06-2017

12. GCU Peace Officer Sgt. Cahill – AZ POST #4351 – Appointed 08-16-2016

13. US DHS ICE – Phoenix, AZ 85004

14. US DHS ICE Phoenix, AZ 85004 – Deportation Officer Fields

15. US DHS ICE Florence Detention Center 85132

16. US DHS ICE Florence Detention Center – J 3811 Burger – SDDO

17. US DHS ICE Florence Detention Center – L 8090 Jordan Jr – DO

18. US DHS Office for Civil Rights and Civil Liberties – Wash DC 20528 – Contact – DHS – 17-1810

**PAGE 1A**

Page 2 of 53

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

I.      **The Parties to This Complaint**

A.      **The Plaintiff(s)** *(SEE ATTAched Page 4 (2A) FoR List of ALL PLaintiffs.)*

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name            Cesar Geovany Valdes Flores

Address         5224 N. 28th Drive

| Phoenix | AZ | 85017 |
|---|---|---|
| *City* | *State* | *Zip Code* |

County          Maricopa

Telephone Number    480.290.4487

E-Mail Address      cesarvaldesflores@icloud.com

B.      **The Defendant(s)** *(See ATTAched Page 5 (2B) thru Page 8 (2E) FoR List of Defendants.)*

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name                Grand Canyon Education, INC,

Job or Title *(if known)*   (aka Grand Canyon University - GCU)

Address             2600 W. Camelback rd

| Phoenix | AZ | 85017 |
|---|---|---|
| *City* | *State* | *Zip Code* |

County              Maricopa

Telephone Number    602.247.4400 / 602.639.7500

E-Mail Address *(if known)*

☐ Individual capacity      ☒ Official capacity

Defendant No. 2

Name                Brian E. Mueller

Job or Title *(if known)*   GCU Board PRESIDENT / CEO

Address             2600 W. Camelback Rd

| Phoenix | AZ | 85017 |
|---|---|---|
| *City* | *State* | *Zip Code* |

County              Maricopa

Telephone Number    602.247.4400

*Page 3 of 53*

Cesar Geovany Valdes Flores                          A204385853

**LIST OF ALL PLAINTIFFS**
(names addresses emails cell# county etc...)

1. **Cesar Geovany Valdes Flores**
   5224 N. 28th Drive
   Phoenix, Arizona
   85017

   County: Maricopa
   Cell # 480.290.4487
   Email Address: Cesarvaldesflores@icloud.com


2. **Minerva Flores Sanchez**
   5224 N. 28th Drive
   Phoenix, Arizona
   85017

   County: Maricopa
   Cell# 602.335.9863
   Email Address:


3. **Pedro Vasquez Palacios**
   5224 N. 28th Drive
   Phoenix, Arizona
   85017

   County: Maricopa
   Cell# 602.740.0862
   Email Address:

1

Cesar Geovany Valdes Flores                A204385853

2

## LIST OF ALL DEFENDANTS
3
(names addresses emails cell# county etc...)

4
1. **GRAND CANYON EDUCATION, INC**
5
   2600 W. Camelback rd
   Phoenix, Arizona
6
   85017
   County: Maricopa
7
   PH# 602.247.4400 / 602.639.7500
   Email:
8
   ☐Individual Capacity ☑Official Capacity
9

10
2. **Brian E. Mueller – GCU Board President/CEO**
11
   2600 W. Camelback Rd
   Phoenix, Arizona
12
   85017
   County: Maricopa
13
   PH# 602.247.4400
14
   Email:
   ☑Individual Capacity ☑Official Capacity
15

16
3. **GCU Police and Public Safety Department**
17
   5317 N. 35th Avenue
   Phoenix, Arizona
18
   85017
   County: Maricopa
19
   PH# 602.639.8100
20
   Email:
   ☐Individual Capacity ☑Official Capacity
21

22
4. **Joe Yahner – GCU Director of Public Safety – Police Chief**
23
   5317 N. 35th Avenue
24
   Phoenix, Arizona
   85017
25
   County: Maricopa
26
   PH# 602.639.8100
   Email:
27
   ☑Individual Capacity ☑Official Capacity
28

**PAGE 2B**

(Continued on PAGE 2C)    *Page 5 of 53*

5. **Dan Steimel – GCU Assistant General Counsel**
Office of General Counsel
3300 W. Camelback Rd
Phoenix, Arizona
85017
County: Maricopa
PH#: 602.589.2300
Email:
☑Individual Capacity ☑Official Capacity

6. **Ben Meyer – GCU Legal Assistant**
Office of General Counsel
3300 W. Camelback Rd
Phoenix, Arizona
85017
County: Maricopa
PH# 602.639.6157
Email: Ben.Meyer@gcu.edu
☑Individual Capacity ☑Official Capacity

7. **Kathleen Hall – GCU Paralegal**
Office of General Counsel
3300 W. Camelback Rd
Phoenix, Arizona
85017
County: Maricopa
PH#
Email:
☑Individual Capacity ☑Official Capacity

8. **Kimberley Hutchison - #23925 –**
GCU Police Dept Records and Property Coordinator
3300 W. Camelback Rd
Bldg. 80
Phoenix , Az
85017
County: Maricopa
PH# 602.639.7478
Email: Kim.Hutchison@gcu.edu
☑Individual Capacity ☑Official Capacity

**PAGE 2C**

(Continued on PAGE 2D)

Page 6 of 53

9. **Aaron Martinez – GCU Campus Security Officer (CSO)–Employee ID#027225**
5317 N. 35th Avenue
Phoenix , Arizona
85017
County: Maricopa
PH# 602.639.8100
Email:
☑Individual Capacity ☑Official Capacity

10. **K. Timothy – GCU Officer – Non AZ POST Peace Officer as of 10-05-2017**
5317 N. 35th Avenue
Phoenix, Arizona
85017
County: Maricopa
Ph# 602.639.8100
Email:
☑Individual Capacity ☑Official Capacity

11. **Teresa Kuleff – GCU Peace Officer–AZ POST#11410 –Appointed 03-06-2017**
5317 N. 35th Avenue
Phoenix, Arizona
85017
County : Maricopa
PH# 602.639.8100
Email:
☑Individual Capacity ☑Official Capacity

12. **Sgt Cahill – GCU Peace Officer-AZ POST#4351 – Appointed 08-16-2016**
5317 N. 35th Avenue
Phoenix , Arizona
85017
County: Maricopa
Ph# 602.639.8100
Email:
☑Individual Capacity ☑Official Capacity

13. **US DHS Immigration and Customs Enforcement (ICE) – Phoenix Az Office**
Office of Chief Counsel
2035 N. Central Avenue
Room 266
Phoenix, Arizona
85004      County: Maricopa      Ph#602.744.2412      Email:
☐Individual Capacity ☑Official Capacity
(Continued on PAGE 2E)      **PAGE 2D**

*Page 7 of 53*

**14. Deportation Officer Fields- US DHS ICE Phoenix Az Office**
2035 N. Central Avenue
Phoenix, Arizona
85004
County: Maricopa
Ph# 602.744.2412
Email:
☑Individual Capacity ☑Official Capacity

**15. US DHS ICE Florence Detention Center 85132**
3250 N. Pinal Parkway
Florence, Arizona
85132
County: Pinal
PH#
Email:
☐Individual Capacity ☑Official Capacity

**16. J 3811 Burger – SDDO –**
US DHS ICE Florence Detention Center 85132
3250 N. Pinal Parkway
Florence , Arizona
85132
County: Pinal
Ph#
Email:
☑Individual Capacity ☑Official Capacity

**17. L 8090 Jordan Jr – DO –**
US DHS ICE Florence Detention Center 85132
3250 N. Pinal Parkway
Florence, Arizona
85132
County: Pinal
Ph#
Email:
☑Individual Capacity ☑Official Capacity

**18. US DHS Office for Civil Rights and Civil Liberties**
Washington, DC 20528
Attn: Contact - DHS-17-1810 CGVF A204385853
County: District of Columbia      Ph#        Email:
☐Individual Capacity ☑Official Capacity

**PAGE 2E**

Page 8 of 53

E-Mail Address *(if known)*

☒ Individual capacity    ☒ Official capacity

**Defendant No. 3**
  Name                        GCU Police and Safety Department
  Job or Title *(if known)*
  Address                     5317 N. 35th Avenue

| Phoenix | AZ | 85017 |
|---------|-----|-------|
| City | State | Zip Code |

  County                      Maricopa
  Telephone Number            602.639.8100
  E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

**Defendant No. 4**
  Name                        Joe Yahner
  Job or Title *(if known)*   GCU Director Public Safety - Police Chief
  Address                     5317 N. 35th Avenue

| Phoenix | AZ | 85017 |
|---------|-----|-------|
| City | State | Zip Code |

  County                      Maricopa
  Telephone Number            602.639.8100
  E-Mail Address *(if known)*

☒ Individual capacity    ☒ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971),* you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☒ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

SEE ATTACHED Page____10____ (3A) for this Response.

*Page 9 of 53*

**Cesar Geovany Valdes Flores**                    A204385853

## II.        Basis for Jurisdiction

B.        Under *42 USC 1983*, the Federal Constitutional or Statutory rights that State or Local
Officials violated are as follows:

1.        US CONSTITUTION Amendment IV.

2.        US CONSTITUTION Amendment V.

3.        US CONSTITUTION Amendment VI.

4.        US CONSTITUTION Amendment XIII.

5.        US CONSTITUTION Amendment XIV.

6.        Title VI CIVIL RIGHTS ACT OF 1964

**PAGE 3A**

Page 10 of 53

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights.  If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

SEE ATTACHED Page __12__ (4A) for this Response.

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

SEE ATTACHED Pages __13__ (4B) thru __19__ (4H) for 42 USC 1983 Response.

SEE ATTACHED Pages __19__ (4H) thru __22__ (4K) for Bivens Response.

## III.   Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.   Where did the events giving rise to your claim(s) occur?

SEE ATTACHED Pages __23__ (4L) thru __41__ (4DD) for Total response to section III Statement of Claim

B.   What date and approximate time did the events giving rise to your claim(s) occur?

SEE ATTACHED Pages __23__ (4L) thru __41__ (4DD) for Total response to section III Statement of Claim

C.   What are the facts underlying your claim(s)? *(For example: What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*

Page 11 of 53

**Cesar Geovany Valdes Flores**                                    **A204385853**

**II.**   <u>**Basis for Jurisdiction**</u>

C.   Under *Bivens*, the Federal Constitutional rights that Federal officials have violated
are as follows:

   1.  US CONSTITUTION Amendment V.

   2.  US CONSTITUTION Amendment VI.

   3.  US CONSTITUTION Amendment VIII.

   4.  US CONSTITUTION Amendment XIII.

   5.  US CONSTITUTION Amendment XIV.

**PAGE 4A**

Page 12 of 53

**Cesar Geovany Valdes Flores**                                          A204385853

**Suing under 42 USC 1983……..**
**HOW DEFENDANTS 1-12 ACTED Under Color of State or Local law**

1. **Grand Canyon Education, INC. (*aka* Grand Canyon University- GCU)**

In April 2016 Arizona Governor Ducey signed HB2472 which resulted in Arizona

Revised Statute (**ARS**) **15-1897** *Private postsecondary institutions*; *appointment of*

*peace officers*; *powers*; *qualifications*; *liability* to become Law and initially allow

and govern the newly formed GCU Police Dept on the campus of GCU.

**ARS 15-1897(D)** states….

*"A private post secondary institution that appoints a private postsecondary*

*institution peace officer is liable for the private postsecondary institution peace*

*officer's acts that are within the scope of the officer's employment. This state and*

*any political subdivision of this state are not liable for any act or failure to act by*

*any private postsecondary institution peace officer…"*

**ARS 1-215** definition # 27 states…. *"Peace Officers" means… … … … … … …..,*

*peace officers who are appointed by a private postsecondary institution pursuant*

*to section 15-1897 <u>and</u> who have received a certificate from the Arizona peace*

*officer standards and training board… … … … …"*

**PAGE 4B**

Page 13 of 53

Also **ARS 15-1897(E)** states……..*"All records, reports and other documentation made or received by a private postsecondary institution police department are public records and are subject to title 39".*

**Title 39** of the state of Arizona Revised Statutes is entitled *Public Records, Printing and* Notices…which encompasses the State of AZ FOIA law under ARS 39-121 *et al*. Inaction by the GCU Institution/Board and Leaders of the GCU Police Dept along with failures to release GCU Police Dept records/information to the Public via FOIA's per ARS 15-1897(E) are three (3) of the Claims in this Lawsuit.

While Plaintiffs have been suffering and violated by actions of the GCU Police Dept and others, the GCU Institution *"under color of State law"* has been sitting on its hands all the while with the authority to correct all failures at GCU however no actions were ever rendered by the GCU Institution or its Leaders/Board even though the Institution is *"liable"* for the GCU Police Dept peace officer actions or lack of actions as stated in ARS 15-1897(D).

2. **Brian Mueller, GCU Board President/CEO**

To avoid redundancy, the explanation above for the GCU Institution can be used here especially the last paragraph that speaks about the GCU Board which Brian Mueller is the sitting President/Chairman of the Board and CEO inside GCU.

**PAGE 4C**

Page 14 of 53

### 3. GCU Police and Public Safety Department

As the Law Enforcement and Safety Dept on the GCU campus, this Department is directly responsible for the oversight of its peace officers and security officer personnel. The Leaders of this Police Dept "under the color of law" per ARS 15-1897 are responsible for its personnel's actions as is the GCU Institution.

### 4. Joe Yahner, GCU Director of Public Safety – Police Chief

As the number one Leader of the GCU Police Dept this person is responsible to the GCU Institution for the performance of the Police Dept. All the failures of the GCU Police Dept since 06-01-2017 are directly at the feet of this individual. Joe Yahner failed to intervene and correct the immediate failures of the GCU Police Dept on 06-01-2017 and is to blame as the Director of the Police Dept for all failures of the GCU Police Dept from 06-01-2017 to today that are mentioned in this lawsuit. By Title, Joe Yahner, is under the "color of Law" to run the GCU Police Dept as needed and required so all peace officers and security officers do their job IAW state and federal laws and all is served and protected in the Community. All federal laws must also be adhered to when any Immigration-related stops/detentions are encountered to the fullest application of federal law.

### 5. Dan Steimel – GCU Assistant General Counsel

This person is at the top of the GCU Legal world. Two (2) separate times a Notice of Claims arrived at the doorsteps of this individual and twice this individual

downplayed and dismissed the main contents of this lawsuit, Mr. Steimel had two (2) opportunities to settle this lawsuit out of Court and twice he strongly rebutted and dismissed all the charges in this lawsuit. Notice of Claims rules and requirements are not admissible in Federal courts however the content of this lawsuit was presented to the GCU Community for possible settlement and twice it was ignored and dismissed. Mr. Steimel "under the color of law" has and had the authority to advise and settle all disputes at a local and state level. His failed attitude and arrogance/ignorance has allowed the issues at hand to go to a Federal level. Mr. Steimel's FAILED attitude and lack of understanding of the magnitude and gravity of the stated issues in this Lawsuit is to blame for where the Parties at hand must now go to and experience.

6. **Ben Meyer – GCU Legal Assistant – Office of General Counsel**
7. **Kathleen Hall – Paralegal – GCU Office of General Counsel**

These two (2) employees at the GCU Office of General Counsel were presented FOIA's written by the Plaintiffs' Advocate. These two people "under the color of Law" have huge authority and power to advise the GCU campus on what is legal and what is not legal or admissible legally. As a GCU Legal minded employed person with the power and authority "under the color of law" as Legal minded people" to serve the GCU Administration, these two (2) people REFUSED and DENIED to respond to any received FOIA request that asked for GCU Police Dept information per ARS 15-1897(E) states and therefore violated the STATE of

AZ FOIA Law.....39-121et al as Legal minded "UNDER THE COLOR OF LAW" employees of the GCU Administration.

8.  **Kimberley Hutchison - #23925 – GCU Police Dept Records & Property Coordinator**

Another person, who "under the color of law" as the GCU Police Dept Records and Property Coordinator, that received the 2nd FOIA from the Plaintiffs' advocate that requested GCU Police Dept information and records, was Ms Hutchison. Along with other employees of the Administration, Ms Hutchison REFUSED AND DENIED to release GCU Police Dept records and information per ARS 15-1897(E) and the state of AZ FOIA law.

9.  **Aaron Martinez – GCU Campus Security Officer (CSO) – Employee ID# 027225**

As a "under the color of law" employee at GCU as a Campus Security Officer, Mr. Martinez was involved in both Cesar Geovany Valdes Flores incidents with GCU campus Police. On 04-22-2017 and 06-01-2017, Mr. Martinez played a significant role in both police reports and associated events. Mr. Martinez on 04-22-2017 knew Plaintiff Valdes Flores was a DREAMER and a DACA recipient in that Mr. Martinez took a PHOTO OF A DACA/EAD Work Permit from Plaintiff Cesar Geovany Valdes Flores and was placed inside police report 2017-0620. On 06-01-2017 Mr. Martinez was the triggering sounding off Campus Security Officer that quickly informed the GCU Police Dept that Plaintiff Cesar Geovany

**PAGE 4F**

Page 17 of 53

Valdes Flores was outside the GCU campus. GCU Police Dept knew Plaintiff Cesar Geovany Valdes Flores was a DREAMER/DACA Recipient due to the photo of a DREAMER EAD work permit inside police report 2017-0620 since 04-22-2017.

**10. GCU Officer K. Timothy – Non AZ POST Peace Officer as of 10/5/2017**

As a GCU campus Officer, an "under the color of law" Officer, Officer Timothy was one of three (3) Officers that illegally and falsely arrested Plaintiff Cesar Geovany Valdes Flores on 06-01-2017 outside the GCU Property line.

GCU Police arrested Plaintiff Cesar GVFlores for criminal trespassing on a public sidewalk and then declared that Plaintiff had drugs etc….

Officer Timothy also declared that Plaintiff Cesar GVFlores had a Mexican ID so Officer Timothy called the US DHS ICE in Phoenix, AZ.

ARS 11-1051 was used by GCU Police Dept to justify calling ICE.

Many unanswered questions and illegal actions by the GCU Police Dept and Phoenix ICE followed and thus this lawsuit.

**11. Teresa Kuleff – GCU Peace Officer – AZ POST #11410-Appointed 03-06-2017**

As a GCU campus Officer, an "under the color of law" Officer, Officer Teresa Kuleff was one of three (3) Officers that illegally and falsely arrested Plaintiff Cesar Geovany Valdes Flores on 06-01-2017 outside the GCU Property line.

Officer Kuleff was assigned the 06-01-2017 arrest/report of Plaintiff Cesar GVFlores. Police report 17G-00147 was the report number for the 06-01-2017

**PAGE 4G**



Page 18 of 53

arrest off campus of plaintiff Cesar GVFlores. Many illegal actions occurred on 06-01-2017 on the GCU campus which led to the Phoenix, AZ ICE Office and then to the Florence Detention Center where Plaintiff Cesar GVFlores was incarcerated for (61) days before he was bonded out on 08-01-2017 at a cost of $7,500. This lawsuit will unravel all the atrocities of this illegal, unlawful and arbitrary arrest and immediate stripping of the DACA/EAD credentials status without DUE PROCESS.

**12. GCU Peace Officer Sgt. Cahill – AZ POST #4351 – Appointed 08-16-2016**

As a GCU campus Officer, an "under the color of law" Officer, Sgt Cahill was one of three (3) Officers that illegally and falsely arrested Plaintiff Cesar Geovany Valdes Flores on 06-01-2017 outside the GCU Property line.

Many illegal actions occurred on 06-01-2017 on the GCU campus which led to the Phoenix, AZ ICE Office and then to the Florence Detention Center where Plaintiff Cesar GVFlores was incarcerated for (61) days before he was bonded out on 08-01-2017 at a cost of $7,500. This lawsuit will unravel all the atrocities of this illegal, unlawful and arbitrary arrest and immediate stripping of the DACA/EAD credentials status without DUE PROCESS.

**Suing under Bivens……..**
**HOW DEFENDANTS 13-18 ACTED Under Color of Federal  law**

**13. US DHS ICE – Phoenix, AZ 85004**

The US DHS ICE Office in Phoenix, AZ 85004 works in conjunction with all

**PAGE 4H**

Page 19 of 53

local law enforcement when local law enforcement need to know the "Immigration Status" of a detainee. This Federal Agency enforces and announces Immigration customs and status. This "under the color of federal law" agency plays a very crucial role in the deportation or staying of immigrants. This agency was called on the night of 06-01-2017 by the GCU Police dept when GCU Police department was enacting ARS 11-1051(B) and ARS 11-1051(E) and federal law 8 USC 1373(C) was being used.

**14. US DHS ICE Phoenix, AZ 85004 – Deportation Officer Fields**

Officer Fields works 'under the color of federal law" every time he responds to a deportation or an Immigration status call IAW 8 USC 1373(c). Officer Fields made a mistake on 06-01-2017 on the Immigration Status of Plaintiff Cesar GVFlores......this "under the color of federal law" mistake is at the center of this lawsuit.

**15. US DHS ICE Florence Detention Center 85132**

This US DHS Detention Center incarcerates and detains Immigrants all "under the color of federal laws" under the INA and how Immigration Courts rule. The incarceration at one of these detention centers is at the center of this lawsuit....the illegal incarceration of Plaintiff Cesar GVFlores for (61) days has triggered this lawsuit. An incarceration "under the color of federal law".

**16. US DHS ICE Florence Detention Center – J 3811 Burger – SDDO**

Deportation Officer J Burger wrote and filled out an NTA immediately when

**PAGE 4(I)**


Page 20 of 53

Plaintiff Cesar GVFlores was transported from Phoenix ICE to Officer Burger's detention center in Florence. The actions of Officer Burger were all under the "color of federal law" as an NTA I-862 and not an NOIT was issued by Officer Burger and Plaintiff Cesar GVFlores was rushed into a detention center cell for (61) days.

How and What transpired from GCU Campus to Phoenix ICE to the Florence Detention Center of Officer Burger is at the center of this lawsuit. All GCU and US DHS actions were declared UNLAWFUL AND ARBITRARY by a Central CALIFORNIA Federal court on Feb 26, 2018. All was initially performed under the color of State or Federal law.

**17. US DHS ICE Florence Detention Center – L 8090 Jordan Jr – DO**
Officer Jordan wrote out an I-213 for Plaintiff Cesar GVFlores on 06-02-2017. All work was done "under the color of federal law" as an Officer in the Florence Detention Center ran by the US DHS. All work that Officer Jordan and Officer Burger (NTA-I-862 work) were all documents under the color of federal law as erroneous and illegal as the reasons for the Plaintiff Cesar GVFlores to be there. The I-862 and the I-213 accelerated the plaintiff's path to be incarcerated in the Florence detention center all under the color of federal law.

**18. US DHS Office for Civil Rights and Civil Liberties – Wash DC 20528 – Contact – DHS – 17-1810**

With Plaintiff Cesar GVFlores incarcerated and none of the filed complaints by the ADVOCATE working to free plaintiff Cesar GVFlores from the Florence

**PAGE 4J**


Page 21 of 53

Detention Center, on 7/22/2017 Advocate files complaint with the US DHS Office of CRCL in WASH DC 20528.

The aforementioned Office responds to complaints "under the color of federal law". Plaintiff Cesar GVFlores' Advocate filed a complaint with the US DHS Office of CRCL on behalf of Plaintiff Cesar GVFlores and the said Office blew the Advocate off and said the agency would enter the case in its computers and nothing further would be done in this case.

Under the color of federal law the ADVOCATE was replied to. Seeing all the grave errors and findings vs the US DHS in the Central California court case for DREAMERS CLASS ACTION, the Advocate was shocked in the Office for CRCL response.

Based on all the fixes for Plaintiff Cesar GVFlores out of the class action case in Central California the response out of the CRCL Office is unacceptable and now being challenged in the lawsuit.

**Cesar Geovany Valdes Flores**
**(Plaintiff Cesar GVFlores)**
**AXXXXXX853**

**TIMELINE**          **DOB: XX/XX/1993**
**5224 N`28ᵗʰ Drive, Phx, Az 85017**

**Date**

**[ See PAGE 2 (1A) for DEFENDANT numbers used here]**

01.10.2017     This is Notice Date of the I-797 where USCIS notified Plaintiff

Cesar GVFlores that his DACA WAS RENEWED FROM

01.10.2017 to 01.09.2019

I-821D for Axxxxxx853 RECEIPT NUMBER IOE0901365853 /

USCIS ACCT NUMBER 031636206139/RECEIPT DATE

09.16.2016 / PRIORITY DATE 09.13.2016

USCIS / NEBRASKA SERVICE CENTER

PO BOX 82521

LINCOLN, NEBRASKA 68501-2521

800-375-5283

04.22.2017    Plaintiff Cesar GVFlores' first encounter with GCU Security Group.

Report # 2017-0620 written by **Defendant #9** (GCU CSO Campus

Safety Officer <u>Aaron Martinez</u> employee Id# 027225) and

Approved by GCU Supervisor K. Byers.

Inside GCU Police report # 2017-0620 is a photo of Plaintiff Cesar

GVFlores' DACA /DREAMER EAD-I765 approved Work

Permit. Dates of approved DREAMER EAD card are from

01.10.2017  to  01.10.2019. This is a document used to determine

**PAGE 4L**

a DREAMER'S Immigration Status. GCU/GCU Police Dept has known or knew that Plaintiff Cesar GVFlores was a DACA Recipient / DREAMER as of 04.22.2017. Why didn't **Defendant #10** (Officer K. Timothy) mention this document when he called ICE (**Defendant #13**) to check the Plaintiff's Immigration Status and spoke to **Defendant #14** (ICE Deportation Officer Fields).

06.01.2017   2nd encounter with GCU campus Security. GCU Report # 17G-00147 written by **Defendant #11** (GCU Peace Officer -Teresa Kuleff #11410) and approved by **Defendant #8** (GCU Report and Property Coordinator Kimberley Hutchinson #23925) on 06.13.2017. **Defendant #9** (CSO Aaron Martinez) also played a role in this report and arrest.

Why would a call to **Defendant #13** (US DHS ICE Phx, AZ 85004) be necessary by **Defendant #10** (Officer K.Timothy) as stated in Report # 17G-00147 if **Defendant #9** Aaron Martinez is present and was/is heavily involved in both dates/incidents/GCU Police Reports and Plaintiff Cesar GVFlores is/was on the "Be On Look Out" (BOLO) Alert list Campus wide ?

1     On this night (06-01-2017),

2                    ## CLAIM #1

3     **Defendants 10, 11 & 12** (Officers K. Timothy, Teresa Kuleff &

4     Officer Sgt Cahill) illegally/falsely arrested Plaintiff Cesar

5

6     GVFlores on Public Property outside and beyond the GCU

7     Property line as defined by the City of Phoenix property maps in

8

9     years 2016 and 2017. **Defendants #1 & #2**, GCU and Brian Mueller

10    are responsible as well. The initial charge was Criminal Trespass.

11    This illegal arrest is documented in GCU Police Report # 17G

12    00147 which also states the physical whereabouts of Plaintiff Cesar

13

14    GVFlores at the time of this illegal and improper arrest.

15    **Listed Defendants violated Plaintiff's US CONSTITUTION**

16    **Amendments_IV,_V_&_XIV.**

17

18

19                   ## CLAIM #2

20    After the arrest of Plaintiff Cesar GVFlores by the GCU Police

21    Dept, a member of the GCU Police Dept (**Defendant #3**) illegally

22

23    accessed Plaintiff Cesar GVFlores' cell phone and illegally

24    responded/replied to Plaintiff Minerva Flores Sanchez's text

25

26

27

28

**PAGE 4N**

conversation with Plaintiff Cesar GVFlores that was being held at the time of the said arrest. This illegal access to the said cell phone conversation violated the US Supreme Court's decision on whether Law Enforcement can access the Public's cell phones on an arrest. **Listed Defendants violated Plaintiff's US CONSTITUTION Amendment IV and SCOTUS case that bars cell phone access.** See SUPREME COURT OF THE UNITED STATES Syllabus RILEY v. CALIFORNIA CERTIORARI TO THE COURT OF APPEAL OF CALIFORNIA, FOURTH APPELLATE DISTRICT, DIVISION ONE No. 13–132. **Argued April 29, 2014—Decided June 25, 2014\***

*US Supreme Court Cellphone Federal Decision – June 25, 2014*

---

After Plaintiff Cesar GVFlores was illegally arrested by **Defendant #3** (GCU Police Dept), per GCU Police Report 17G-00147, **Defendant #10** (Officer K. Timothy) states that Plaintiff Cesar GVFlores has a MEXICAN ID so **Defendant #10** (Officer K. Timothy) calls **Defendant #13** (US DHS ICE Phx, AZ 85004) to verify Plaintiff Cesar GVFlores' Immigration Status.

Why would a call to **Defendant #13** (US DHS ICE Phx, AZ 85004) be necessary by **Defendant #10** (Officer K.Timothy) as stated in

report # 17G-00147 if **Defendant #9** Aaron Martinez is present and

was/is heavily involved in both dates/incidents/GCU Police reports?

---

### CLAIM #3

In the midst of this Immigration related arrest, **Defendant #10**

(Officer K. Timothy) falsely accuses Plaintiff Cesar GVFlores of a

wrong Immigration Status with little to no due diligence and NO

DUE PROCESS. Officer Timothy's of GCU Police Dept

ignorance of what a US issued EAD I-765 Work Permit card looks

like appears to surface. Officer Timothy plainly incompetent.

**Listed Defendant violated Plaintiff's US CONSTITUTION**

**Amendments IV, V & VI all the while that Defendant #3 has a**

**copy of the Plaintiff's EAD Work Permit inside Defendant #3's**

**Police report #2017-0620. And Defendant #1 and Defendant #3**

**subsequently refusing to release FOIA requested GCU Police**

**Dept related info including a copy of police report # 2017-0620**

**which was requested in July 2017 to verify true ID situation of**

**04-22-2017 Trespass and 06-01-2017 arrest incidents.**

---

### Claim #4

**Defendant #10 calls Defendant #13 when Defendant #14**

**PAGE 4P**

Page 27 of 53

responds erroneously and illegally and declares Plaintiff Cesar

GVFlores as an Undocumented Alien with no legal presence or

authority to be in the United States and where **Defendant #14**

requests that **Defendant #3** (GCU Police Dept) transport Plaintiff

to the **Defendant #13** federal Facilities.

**Listed Defendants collectively violated Plaintiff's US**

**CONSTITUTION Amendments IV, V, VI & XIV.**

---

## CLAIM #5

06.01.2017        Issued ticket by **Defendant #3** (GCU Police Dept) on 06-01-2017

(#16-1102) has/had forged Plaintiff signature identical to

04.22.2017 signature on DREAMER DACA EAD-I765 Work

Permit signature inside report #2017-0620. See timeline entry

dated 09-14-2017 for more details on this FRAUDULENT ACT by

**Defendant #3** (GCU Police Dept).

**Listed Defendant violated Plaintiff's US CONSTITUTION**

**Amendments V & XIV.**

---

## CLAIM #6

06.02.2017        **Defendant #15** (US DHS ICE Florence Detention Center) via

**Defendants # 16** and **#17** issues NTA (I-862) and an I-213

with non-convicted charges/allegations; NOIT was

**PAGE 4Q**

Page 28 of 53

bypassed......**NO DUE PROCESS** and violated US DHS existing policies, past practices and SOP (Standard Operating Procedures)....Federal court in Central Ca on 02.26.2018 declared this "*unlawful & arbitrary*" and violated Plaintiff Cesar GVFlores' Due Process Rights. Due to the many DREAMERS in this Central California Case, this "*pattern and practice*"of the US DHS ICE nationally was an illegal "*pattern and practice*" enacted by the US DHS ICE once the Trump Administration took over. See Timeline entry dated 02-26-2018 for more details. Plaintiff Cesar GVFlores stripped of his DACA/DREAMER Status and immediately placed in a Florence AZ ICE DETENTION CENTER, **(Defendant #15)** with no DUE PROCESS and under Florence, AZ Federal ICE DETENTION CENTER Custody till further notice. See Timeline entry date of 02-26-2018 for more details.

**Listed Defendants collectively violated Plaintiff's US CONSTITUTION Amendments V, VI, VIII, XIII and XIV.**

---

## CLAIM #7

06.07.2017   Plaintiff Cesar GVFlores was taken to Sonora Behavioral Health Hospital (SBHH) due to Nervous Attack / Personal Crisis...SBHH is located at 6050 N. Corona Rd, Tucson, AZ 85704 ; this was the initial time that Plaintiff Cesar GVFlores was **assessed with**

**Diabetes** due to the EXTREME stress and anxiety he experienced because of the "*cruel and unusual punishments inflicted*" at the Detention Center of **Defendant #15 due to Defendants #16 & #17's** submitted illegal I-862 (Notice To Appear - NTA) and made up False/Very damaging I-213 (Record of Inadmissible Deportable Alien).

**Listed Defendants collectively violated Plaintiff's US CONSTITUTION Amendments VIII, XIII & XIV.**

## CLAIM #8

06.02.2017
06.19.2017

Eighteen (18) days that Plaintiff Cesar GVFlores was denied communication with Family;  could not communicate with Family…punished "In the hole" also. **Defendant #15** responsible for this violation.

**Listed Defendant responsible for denial of rights violated Plaintiff's US CONSTITUTION Amendments V, VIII, XIII & XIV.**

## CLAIM #9

06.09.2017
07.31.2017

Plaintiff's Pedro Vasquez Palacios and Minerva Flores Sanchez Request copy of GCU Police report # 17G-00147 via GCU Police Dept FOIA Form which was in English Only !

**PAGE 4S**

This violated the EQUAL ACCESS Civil Rights of Plaintiffs under Title VI Civil Rights Act of 1964 which Federally Assisted/funded **Defendants #1,#2,#3** and **#4** are governed by because they receive Federal assistance/funds from the US Dept of Education or from the Federal Government.

Also the same Defendants are to blame for all the English-only brochures and information that the Plaintiff's Advocate S. Garcia collected from the Office of **Defendant #3** (GCU Police Dept) on 07.31.2017 when he went and picked up the only Public Info document (GCU Police Report 17G-00147) that **Defendant #8** released via FOIA #2 on 07-31-2017.

**Listed Defendants collectively violated Plaintiffs' federal civil rights of EQUAL ACCESS under Title VI CRA 1964 which Defendants are governed by because Defendants receive Federal Assistance from US DOE**

| | |
|---|---|
| 07.2017 | Advocate S. Garcia submits USDOJ CRD EOS federal discrimination Complaint vs GCU / GCU Police Dept |
| 07.03.2017 | Advocate S. Garcia gets Plaintiff Cesar GVFlores' Parents' approval to help them as an Advocate…Advocate attends 1st Community meeting at 5224 N. 28th Drive Phx Az 85017. No Legal Advice. |
| 07.03.2017 08.01.2017 | Parents of Cesar GVFlores sign agreement to compensate Advocate |

**PAGE 4T**

|   |   |   |
|---|---|---|
| 1 |   | S. Garcia for research, interpretations in Spanish and filing federal |
| 2 |   | complaints.......if have to go to court....later on |
| 3 |   | will override negate this agreement with a % of settlement in Court. |
| 4 |   |   |
| 5 |   | No Legal Advice being given by Advocate S. Garcia |
| 6 | 07.08.2017 | Advocate S. Garcia requests information via email on how to request |
| 7 |   | Public information from GCU Board of Directors and from GCU |
| 8 |   |   |
| 9 |   | Police Dept.......this request went to the GCU PR Director. |
| 10 | 07.09.2017 | Plaintiff Cesar GVFlores via telephone gives Advocate S. Garcia |
| 11 |   | permission to advocate for Plaintiff (Advocate records |
| 12 |   | conversation. |
| 13 |   |   |

---

**CLAIM #10**

|   |   |   |
|---|---|---|
| 16 | 07.10.2017 | Advocate S. Garcia requests FOIA #1 from **Defendant #1** GCU- |
| 17 |   | Ben.Meyer@gcu.edu (**Defendant #6**) |
| 18 | 07.13.2017 | Ben Myers Legal Asst – **Defendant #1** Office of General Counsel |
| 19 |   | denies Advocates' FOIA#1 which requested **Defendant #3** related |
| 20 |   | Public information. ARS 15-1897E declared Police related |
| 21 |   | Information Public Information per Title 39 of the AZ REVISED |
| 22 |   | STATUTES. |
| 23 |   |   |
| 24 |   | **Listed Defendant violated Plaintiffs' US CONSTITUTION** |
| 25 |   | **Amendment XIV Equal Protections.** |

---

**PAGE 4U**

## CLAIM #11

07.18.2017     A Kathleen Hall Paralegal – Office of General Counsel (**Defendant #7**) replies via email for PR Director and denies FOIA related questions referring to **Defendant #3** request of 07.08.2017 because GCU is a PRIVATE INSTITUTION. Also later on when **Defendant #8** denies 2nd FOIA, **Defendant #8** "cc's" **Defendant #7** on her denial email response to Advocate S. Garcia. **Defendant #3** associated information request DENIED. **Listed Defendants violated Plaintiffs' US CONSTITUTION**

**Amendment XIV Equal Protections.**

## CLAIM #12

07.19.2017
07-24-2017
07-31-2017
09-26-2017
09-27-2017
     Advocate S. Garcia requests FOIA #2 from **Defendant #6** Legal Asst-Ben Meyer) , **Defendant #8** Kim Hutchison from the GCU Dept Records and Property Coordinator responds and denies majority of FOIA#2; In email response, Defendant #8 makes it clear that she is aware that Advocate is asking about Plaintiff Cesar GVFlores-related Public information when Defendant #8 DENIED requested FOIA #2 related information to Defendant #3. Went back & forth on Emails.

Information requested by Advocate related to **Defendant #3**

**PAGE 4V**
Page 33 of 53

which ARS 15-1897E says is Public Information AZ TITLE 39.

PUBLIC INFORMATION DENIED BY **Defendants #3** and **#8.**

**Defendant #4 is** responsible for **Defendant #3 & Defendant #8.**

**Listed Defendants violated Plaintiffs' US CONSTITUTION**

**Amendment XIV Equal Protections.**

| | |
|---|---|
| 07.25.2017 | Advocate S. Garcia files US DHS 0ffice for Civil Rights and Civil Liberties complaint vs **Defendant #13** and **Defendant #15.** |
| 08.01.2017 | Plaintiff Cesar GVFlores bonds out of Defendant #15 (Florence Detention Center) at a CASH cost of $7,500 and signs Agreement for Advocate S. Garcia to support him. |

## CLAIM #13

08-01-2017     **Defendant #18** US DHS Office for CRCL responds to

Advocate S. Garcia /Plaintiff Cesar GVFlores and ignores the

gravity of the complaint of 07-25-2017. US DHS Office for CRCL

needs to be held accountable during this lawsuit. More than just

entering the complaint in a computer system and closing the

complaint needed and needs to be done by the US DHS Office for

Civil rights and Civil Liberties.

**Listed Defendant violated Plaintiffs' US CONSTITUTION**

**Amendment XIV Equal Protections.**

| | | |
|---|---|---|
| 1 | 08.03.2017 | Advocate S. Garcia submits Change of Venue to Florence |
| 2 | | Immigration Court so Phoenix is place for future Immigration |
| 3 | | Hearings….Change of Venue approved on this date. |
| 4 | | |
| 5 | 08.04.2017 | Advocate learns from Univision TV news station news broadcast |
| 6 | | that "Mexican ID' issue was in 04.22.2017 not 06.01.2017 |
| 7 | | incident. |
| 8 | | |
| 9 | 08.10.2017 | Plaintiff Cesar GVFlores' 1st West McDowell Justice Court |
| 10 | | appearance….Criminal Trespass charges filed on 06.13.2017. |
| 11 | | This Court date was rescheduled for 09-14-2017. |
| 12 | | |

**CLAIM #14**

| | | |
|---|---|---|
| 14 | 09.14.2017 | Plaintiff Cesar GVFlores ' 2nd West McDowell Justice |
| 15 | | Court appearance….Justice Court result – Criminal |
| 16 | | Trespass charge **Dismissed**…1st time that GCU ticket |
| 17 | | #16-1102 was seen with forged signature. Charge |
| 18 | | DISMISSED was 13-1502 Criminal |
| 19 | | Trespassing. This decision makes the arrest of 06-01 |
| 20 | | 2017 as FRIVOLOUS, FALSE IMPRISONMENT, |
| 21 | | ILLEGAL and SUSPECT vs **Defendants #1, #2. #3, #4, #13 &** |
| 22 | | **#15. Listed Defendants violated Plaintiff's US** |
| 23 | | **CONSTITUTION Amendments IV, V, VI, XIII & XIV.** |

**PAGE 4X**

Page 35 of 53

09.29.2017      Advocate S. Garcia submits FOIA to AZ POST for listing of all

                GCU Certified Peace Officers at GCU since 10-05-2017.

10.05.2017      AZ POST FOIA response to Advocate S. Garcia......Names

                badge #'s of all Certified Peace Officers at GCU as of 10.05.2017.

                Only two (2) of the six (7) GCU Officers involved in 06-01-2017

                And 04-22-2107 incident or arrest of Plaintiff Cesar GVFlores'

                arrest or trespass incident were Certified Peace Officers. Only two

                (2) Officers were real Peace Officers.....**Defendants #8, #9** and

                **#10** are/were not Certified Peace Officers.

11.21.2017      Advocate S. Garcia visits the AZ OMBUDSMAN'S Office over

                ARS 15-1897 & GCU/GCU Police and the refusal of GCU/GCU

                Police to release Defendant #3 related information IAW ARS 15-

                1897E.

11.30.2017      Advocate S. Garcia files 1st NofC's vs GCU/GCU Police Dept

02.15.2018      GCU denies 1st NofC's...issues Advocate S. Garcia a letter.

                **Defendant #5** Dan Steimel – denies all of NofC's which covered

                all of the violations and CLAIMS mentioned in this Lawsuit.

                **Defendant #5** didn't justify any CLAIMS responses except to tell

                Advocate that Advocate was not allowed to file NofC's for

                Damages or for Plaintiffs since Advocate was

                not the damaged party.

**PAGE 4Y**

1

2

---

**CLAIM #15**

3

4  02.26.2018      Central District of California Federal Court decision on

   Modified on

5  03.20.2018      Class Action case for DREAMERS similarly situated like

6                  Plaintiff Cesar GVFlores; COURT CASE # Inland Empire

7                  et al., No. 5:17-cv-02048 (C.D. Ca.), matches case # on

8

9                  Cesar GVFlores DACA reinstatement documents that

10                 came in mail..(2) I-797 Notices came in mail. ACTIONS

11                 by all listed Defendants were ruled and declared to be

12

13                 "UNLAWFUL & ARBITRARY" and violated DUE

14                 PROCESS at minimum that a Preliminary Injunction

15                 reinstated all DACA/DREAMER Status including Plaintiff

16

17                 Cesar GVFlores and all other similar situated

18                 DREAMERS nationally.

19                 Court case above disagreed with **Defendant #5** Dan

20

21                 Steimel responses to Advocate and Plaintiffs' on 02-15-

22                 2018 and on 05-01-2018 especially where **Defendant #5**

23                 states that **Defendant #1** (GCU) has investigated all and

24

25                 nothing found and as far as **Defendant #1**-GCU is

26                 concerned this matter in 1st and 2nd NofC's

27                 (charges In this Lawsuit) are closed. Lawsuit is at federal

28

                   level and NofC's rules/responses do not count

**PAGE 4Z**

Page 37 of 53

HOWEVER **Defendants #1, #2, #3, #4 and #5** along with

All employees involved in this case under **Defendants #1, #2,**

**#3,#4,#13 & 15** (all involved under the color of State or Federal

Law) need to be addressed accordingly in this Lawsuit and

Plaintiffs need to be compensated accordingly.

**Listed Defendants collectively violated Plaintiffs' US CONSTITUTION Amendments IV, V, VI, VIII, XIII & XIV.**

03.05.2018   2nd NofC's issued/served on **Defendants #1, #2, #3 and #4.**

03.27.2018   Advocate S. Garcia receives USDOJ CRD EOS response on

complaint VS Defendant #1, #2, #3 and #4 and Advocate replies.

USDOJ CRD EOS say they don't investigate complaints vs

colleges.

04.07.2018   Advocate S. Garcia Mails (382) page 42B Immigration Application

For Plaintiff Cesar GVFlores to ICE....delivered on 04.09.2018 to

Phoenix based ICE.

04.09.2018   Advocate S. Garcia files USDOE OCR.DENVER federal

discriminatory complaint 08-18-2137 vs GCU/GCU Police Dept.

**CLAIM #16**

04.13.2018   USCIS reinstated Plaintiff Cesar GVFlores as a DREAMER DACA

Recipient and his EAD/I-765 Work Permit whose photo sits inside

**Defendant #3** Report # 2017-0620....this action is because of

**PAGE 4AA**

Page 38 of 53

02-26-2018 Court decision in Central California Court case than implemented Preliminary Injunction in favor of DREAMERS that were similarly situated as Plaintiff Cesar GVFlores AND ruled vs US DHS ICE and all of it's UNLAWFUL and ARBITRARY actions vs Plaintiff Cesar GVFlores and similarly situated Class Action connected DREAMERS/DACA recipients.

**Listed Defendant violated Plaintiffs' US CONSTITUTION Amendments IV, V, VI,VIII, XIII & XIV with the help or inactions of Defendants 1, 2, 4, 13 & 15.**

04.25.2018    Advocate S. Garcia speaks with DACA DREAMER Class Action Atty Katrina Eiland that Litigated for DREAMERS in the Central California Court case that reinstated Plaintiff Cesar GVFlores' DACA/DREAMER Status in a Central California Court case on 02-26-2018. This court case reversed restored reinstated all the violations that the collective efforts of **Defendants #1, #3, #13 & #15** and all involved employees/Defendants performed and attempted to implement.

**CLAIM #17**

05.01.2018    **Defendant #5** GCU Assist General Counsel –

Dan Steimel denies 2nd NofC's filed by Plaintiffs in this lawsuit.

**PAGE 4BB**

*Page 39 of 53*

Defendant was defending **Defendants #1, #2, #3** and **#4**.

**Defendant #5** was totally wrong in his LEGAL response to

Plaintiffs especially when **Defendant #5** states in a letter that

**Defendant #1** has investigated all in NofC's and found nothing

and matter in NofC's(which is lawsuit content) is considered

closed.

**Defendants #1, #2,#3,#4** & especially **#5** need to be prosecuted

and penalized for their many violations vs the Plaintiffs. Coupled

with Defendants **#13** and **#15**, all Defendants mentioned here

need to be prosecuted and Plaintiffs need to be compensated

accordingly for UNLAWFUL AND ARBITRARY actions that

violated/deprived DUE PROCESS which is how a Central

California Court ruled vs all Defendants mentioned here.

**Listed Defendants collectively violated Plaintiffs' US**

**CONSTITUTION Amendments IV, V, VI, VIII, XIII & XIV.**

---

06.07.2018       Advocate S. Garcia receives response from USDOE

OCR.DENVER......replies to USDOE OCR.DENVER response

To Complaint...COMPLAINT closed because Advocate waited

more than (60) days to file complaint with US DOE after USDOJ

CRD EOS said it did not investigate College allegations if it did

**PAGE 4CC**

1     not fund the efforts.

2   08.08.2018     Plaintiff Cesar GVFlores applied for 42B Immigration Process

3              (382 pages) in Phoenix Immigration Court....Judge Coughlin;

4
              next Immigration court date in Phoenix is 11.17.2020 at 08:30am.
5

6   01.16.2019     Plaintiff Cesar GVFlores submits documents to renew DACA

7              / EAD I-765

8
    02.22.2019     Plaintiff Cesar GVFlores submits fingerprints to USCIS for DACA
9

10             EAD / I-765 renewals.

11  05-28-2019     Plaintiff Cesar GVFlores submitting Motion to Immigration Court

12             To Terminate Removal Proceedings and Return $7,500 Bond

13
              monies of  08-01-2017. (122pages)
14

15

16

17

18

19

20

21

22

23

24

25

26

27              **PAGE 4DD**

28          Page 41 of 53

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

III. Statement of Claim

(C.) SEE ATTACHED Pages __23__ (4L) thru __41__ (4DD) for Total response to section III Statement of Claim.

---

IV. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

SEE ATTACHED Pages __43__ (5A) thru __45__ (5C) for this Response.

---

V. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

See Top of Page __52__ for this Response.

Page 42 of 53

**Cesar Geovany Valdes Flores**                    A204385853

## IV. Injuries

Before June 1, 2017, Plaintiff Cesar GVFlores had no prior nor pre-existing illness of any magnitude. On June 1, 2017, late at night, Plaintiff Cesar GVFlores was arrested outside the GCU Property line and long story short, GCU Police Dept transferred Plaintiff Cesar GVFlores to the Phoenix, Az US DHS ICE.

Before the illegal and frivolous arrest of Plaintiff Cesar GVFlores on June 1, 2017 by the GCU Police Dept outside the GCU Property line and subsequently turned over to the US DHS ICE Office in Phoenix, Az 85004, Plaintiff Cesar GVFlores had NEVER had any type of Diabetic or any longterm illness. Palintiff Cesar GVFlores was eventually turned over to Florence, Az Detention Center where Plaintiff Cesar GVFlores spent (62) days incarcerated at a Detention Center ran and operated by CCA.

While in Federal custody in Florence, Az, due to a personal crisis and extreme levels of stress and anxiety, Plaintiff Cesar GVFlores was checked into the Sonora Behavioral Health Hospital (SBHH) in Tucson , Az on or about 06.07.2017. For approximately a week or so, Plaintiff Cesar GVFlores was in the said Hospital and during that stay Plaintiff Cesar GVFlores was assessed as having Diabetes.

As stated, Plaintiff Cesar GVFlores was locked up in a Florence Detention Center for (62) days before being bonded out on 08-01-2017.

**PAGE 5A**

Page 43 of 53

**Cesar Geovany Valdes Flores**                    **A204385853**

Subsequent to his initial diagnosis of Diabetes in the first two (2) or three (3) weeks in June 2017 at the Sonora Behavioral Health Hospital in Tucson, Plaintiff Cesar GVFlores has constantly been in and out of Medical facilities with an uncontrollable case of Diabetes. Plaintiff Cesar GVFlores has had an A1C sugar readings as high as "OFFSCALE", 800, 600 and above average counts. There is NO MEDICAL HISTORY of any type of Diabetic illness or ailments in Plaintiff Cesar GVFlores's Family history. Plaintiff Cesar GVFlores before the GCU Police Dept arrest of June 1, 2017, had NEVER had any personal medical reports or diagnosis that confirmed any type of Diabetic ailment or sickness.

On more than one occasion subsequent to Plaintiff Cesar GVFlores' release on Bond after 08-01-2017, Plaintiff Cesar GVFlores has had to be rushed to the Maricopa County Regional Hospital at 24TH St and Roosevelt Rd due to Plaintiff Cesar GVFlores' A1C count "OFFSCALE" and Plaintiff Cesar GVFlores not responding to any Diabetic medication.

The very stressful and surreal tension that the Florence Detention Center and the overall Frivolous and illegal arrest and incarceration placed upon Plaintiff Cesar GVFlores was of extreme high high levels that diabetes showed itself in this Plaintiff's body and medical charts going forward,

In this lawsuit it is being requested by all the Plaintiffs that compensation be awarded for Plaintiff Cesar GVFlores having to endure the (62) days in incarceration for no reason

**PAGE 5B**

Page 44 of 53

1   and contacted Diabetes in the end run on a frivolous illegal and Totally uncalled for

2   apprehension seeing Plaintiff Cesar GVFlores had jurisdiction all the while he was

3

4   incarcerated to be present legally in the United States copy/photo of Plaintiff Cesar

5   GVFlores' DREAMER ID, EAD Work Permit has been in possession of GCU/GCU

6   Police Dept since 04.22.2017 as part of report # 2017-0620 which Defendant #9 Aaron

7   Martinez authored/wrote narrative of said GCU report number. It is clear that GCU/GCU

8

9   Police Dept knew And has known that Plaintiff Cesar GVFlores was and is a

10  DREAMER-DACA legal USCIS approved DREAMER and this whole FRIVOLOUS,

11  WRONGFUL, ILLEGAL, TRAUMATIC ARREST/ ATTEMPTED DEPORTATION by

12

13  GCU, the GCU Police Dept, US DHS ICE Phx, AZ and of the US DHS ICE Florence

14  Detention Center needs to be heard in a Court of Law so Plaintiff Cesar GVFlores and his

15  immediate Family can be Compensated accordingly and as requested.

16

17          Today, Plaintiff Cesar GVFlores suffers on a  daily basis with his struggle

18  to maintain his A1C counts at a functionable level and attempt to maintain employment.

19

20  **V.  Relief**

                    *Basis for Relief Requested Below*

21

22          The GCU Institution, the GCU Police Department, the Phoenix-based US DHS ICE

23  and the US DHS ICE Florence Detention Center along with all of the involved

24  employees *"under the color of state or federal law"* that placed responsibility or

25

26  authority on these institutions or people make the above said institutions and people

27  liable for the damages endured or experienced by the Plaintiffs' Family.

28                                  **PAGE 5C**

                        Page 45 of 53

The Damages listed below were and are being endured by Cesar G. Valdes Flores, Mother Minerva Flores and Step Father Pedro Vargas Palacios due to the actions and inactions of stated above Institutions and or people. The Plaintiffs' Advocate, Silverio Garcia Jr has also been denied GCU public information and thus damaged as well in his advocacy of Plaintiff Cesar GVFlores and his parents.

The damages are numerous and stressful and each mandates a heavy consequence and compensation because of the ignorance, racial discrimination, incompetence and collective total failure of the GCU Police Dept, the GCU Institution and the US DHS ICE Facilities in Phoenix and in Florence, AZ to properly oversee the despicable events that cannot be labeled none other than the FRIVOLOUS, WRONGFUL, ILLEGAL, TRAUMATIC ARREST/ATTEMPTED DEPORTATION of Plaintiff Cesar G. Valdes Flores

Cesar and his parents are and have suffered immensely since the above listed institutions and their people working "under the color of Law" ENACTED/ACTED the FRIVOLOUS, WRONGFUL, ILLEGAL, TRAUMATIC ARREST/ATTEMPTED DEPORTATION of Cesar G. Valdes Flores on 6/1/2017.

As one studies and breaks down all the pieces of the events of 6/1/2017 vs Plaintiff Cesar G. Valdes Flores, there is a comedy and sad list of errors done by the personnel of the above stated institutions along with the said institutions one right after the other with the Supervisors of

the GCU Police Dept and the Leadership of the overall GCU Institution failing to

**PAGE 5D**

Page 46 of 53

provide or have in place the proper oversight or needed controls so this type of discriminatory chain of events does not occur again,

The following is a list of damages that the GCU Institution, the GCU Police Department and the US DHS ICE Office in Phoenix Az and the US DHS ICE Detention Center in Florence Az and its associated personnel have enacted vs Plaintiff Cesar G. Valdes Flores, or vs Cesar's Mother Minerva Flores Sanchez and or vs Cesar's Step Father Pedro Vargas Palacios.

The FRIVOLOUS, WRONGFUL, ILLEGAL, TRAUMATIC ARREST/ATTEMPTED DEPORTATION of Plaintiff Cesar GVFlores on 6/1/2017 has caused or is presently causing or continues to cause the following violations, damages, etc....vs Plaintiff Cesar GVFlores and/or his immediate family.

1. Immense amounts of undue stress for all involved
2. immense levels of trauma for Plaintiff Cesar GVFlores
3. personal health issues vs Cesar with Diabetes and the like
4. personal health issues vs Cesar's Family members
5. Extreme amounts of financial hardships on Cesar and his Family
6. GCU's continual denial of releasing GCU Police Dept public information
7. NO MEXICAN ID ever seen or found on Cesar on 6/1/2017 – GCU Police Dept ignorant of what a DACA EAD looks like.

**PAGE 5E**

Page 47 of 53

8. Based on GCU Police Dept responses on 9/27/2017, GCU Police Dept Police Officers are ill-trained and lack the proper procedures and oversight on how to carry out basic Police work and how to perform more intense complicated actions like Immigration Enforcement so Cesar was mistreated and violated in his Immigration Enforcement Arrest by the GCU Police Dept.

9. During Cesar's arrest/attempted Deportation on 6/1/2017 some employee of the GCU law enforcement Team accessed Cesar's cellphone WITHOUT CONSENT and violated Cesar and Cesar's Mother's privacy rights.

10. While Cesar was arrested by GCU Police Dept, he was handcuffed awaiting to be transported to the US ICE Agency on 6/1/2017. Later on 9/14/2017 when Cesar had to attend Justice Court, Cesar saw where someone had FORGED his signature on the GCU Police Dept citation #16-1102.

Cesar was never issued a citation for his so called Criminal Trespass onto GCU campus nor could Cesar sign it seeing he was in handcuffs all the while he is waiting to be transported to US ICE Agency in Phx, AZ 85004.

11. Much expenses in traveling for many days from Phoenix to Florence in visiting Plaintiff Cesar GVFlores in Florence detention facility

**PAGE 5F**


Page 48 of 53

and attending Immigration Court in Florence

12. Much stress vs Family members in not being able to read and understand anything written by GCU in the internet or publicly....GCU Handbook in English only.

13. Violations of Cesar's local DUE PROCESS Rights (see Central California court ruling of 02/26/2018...reinstated Plaintiff Cesar GVFlores' DACA/EAD I-765 WORK PERMIT)

14. Violations of Cesar's Federal Civil Rights seeing GCU receives Federal Assistance...Cesar arrested on public sidewalk on 06-01-2017.

15. Violations of Cesar's Immediate Family's EQUAL ACCESS Federal Civil Rights on the GCU campus

16. FRIVOLOUS, WRONGFUL, ILLEGAL, TRAUMATIC ARREST/ATTEMPTED DEPORTATION of Cesar G. Valdes Flores of 6/1/2017

17. Cesar G. Valdes Flores was illegally incarcerated in a Federal prison, Federal intake facility or in ICE custody **for SIXTY-TWO (62) days** because of GCU Police Dept and US DHS ICE Phoenix, Az and US DHS ICE Detention Center at Florence Az  ignorance, failures, lack of training, inactions and overall a comedy of errors that all the while

DENIED DUE PROCESS at a County Jail/Court level or Federal Immigration court level at the NTA/NOIT issuance decision level.

18. **Of the sixty two (62) days in Federal captivit**y, a few of those imprisoned days were spent in MAXIMUM SECURITY isolation *"in the hole"* inside the federal prison facility for EXTRA punishment reasons. These days spent *"in the hole"* warrant extra Damages vs the US DHS ICE Detention world that illegally caused Cesar's illness due to **"cruel and unusual punishment being inflicted, under the color of federal law"** that these US DHS ICE Detention employees adhered to in a federal world.

*(From ~ 6/2/2017 to on or about 6/18/2017 no communications with Family allowed by US DHS ICE while Plaintiff Cesar GVFlores was either punished or quietly taken to Sonora Behavioral Health Hospital)*

The Basis statements submitted in this **RELIEF** section, lend more than a solidified Justification for the requested **RELIEF** that follows on the next page :

**PAGE 5H**

Page 50 of 53

## **<u>RELIEF</u>**

*1.* Plaintiffs Cesar G. Valdes Flores and his immediate Family (Biological Mother Minerva Flores Sanchez and Step Father Pedro Vargas Palacios) request the payment of **TEN MILLION DOLLARS ($10,000,000)** to compensate ALL in ANY and ALL claims that have arisen from the FRIVOLOUS, WRONGFUL, ILLEGAL, TRAUMATIC ARREST/ATTEMPTED DEPORTATION that the GCU, GCU Police Dept, US DHS ICE Phoenix, Az and the US DHS ICE Florence Detention Center and all involved personnel enacted "under the color of State or Federal Law" versus Plaintiff Cesar G. Valdes Flores (DACA Recipient/DREAMER) commencing on 06/01/2017.

*2.* Plaintiffs are requesting **PUNITIVE DAMAGES** against all Defendants for a Total of **FIVE MILLION DOLLARS ($5,000,000)** collectively vs All Defendants.

*3.* Plaintiffs are also requesting that GCU Legal Department and the GCU Police and Safety Dept all get training to truly understand all of ARS 15-1897 SECTIONS A thru E.

*4.* Plaintiffs are also requesting that GCU and the GCU Police Dept release all documents/records and or public info that relate to the GCU Police Dept requested in the two (2) FOIA's that the Plaintiffs' Advocate, *Silverio Garcia Jr*, requested/issued to GCU/GCU Police Dept back in July 2017. (per ARS 15-1897E)

*5.* Any and all other awards that the Court and/or Jury authorize.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

V. Relief Response:

SEE ATTached Pages __45__ (5C) thru Page __51__ (5I) for this Response.

---

## VI.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: May 22, 2019      May/22/2019      05/22/19

Signature of Plaintiff                                            pedro Vargas

Printed Name of Plaintiff  Cesar Valdes flores    Minerva Flores   Pedro vargas
                                                         Sánchez         Palacios

### B.  For Attorneys

Date of signing:  NOT    APPLicable / NOT   APPlicable

Signature of Attorney

Printed Name of Attorney

Bar Number

Page 52 of 53

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Name of Law Firm                    *NOT*          *APPLicable*

Address

|                | City | State | Zip Code |
|----------------|------|-------|----------|

Telephone Number

E-mail Address

Page 53 of 53